**Fernando Manuel MECINAS; Dorotea Alvarez, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–73312.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 26, 2010.

Fernando Manuel Mecinas, pro se.

Dorotea Alvarez, pro se.

Shahrzad Baghai, OIL, Andrea Gevas, Jeffery R. Leist, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Fernando Manuel Mecinas and Dorotea Alvarez, natives and citizens of Mexico, petition pro se for review of the Board of Immigrations Appeals' ("BIA") order denying their motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

In their opening brief, petitioners fail to address, and therefore have waived any challenge to, the BIA's denial of their motion to reopen. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's December 11, 2006, order dismissing petitioners' direct appeal because this petition for review is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

